**No. 21-2021**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**LARRY PHILPOT,**
*Plaintiff-Appellant,*

**v.**

**INDEPENDENT JOURNAL REVIEW,**
*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the Eastern District of Virginia (Alexandria)
Case No. 1:20-cv-00590-AJT-TCB
Hon. Anthony J. Trenga

---

## APPELLANT'S APPLICATION FOR ATTORNEYS' FEES AND EXPENSES

---

Appellant Larry Philpot, through counsel and pursuant to Local Rule 46(e), hereby files this application for attorneys' fees and expenses associated with this appeal and the related appeal between the same parties in No. 22-1089. In support of this motion, Philpot state as follows:

1. On February 6, 2024, this Court reversed the district court's grant of summary judgment to Appellant Independent Journal Review ("IJR") based on its fair use defense to Philpot's claim for copyright infringement. (*See* Dkt. 74.) In that decision, this Court also reversed the district court's finding that there

was a genuine issue of material fact as to whether Philpot's copyright registration was valid. This Court found that it was and directed the district court to enter summary judgment on that issue in Philpot's favor. Philpot now files this motion for an award of attorneys' fees on appeal, pursuant to Local Rule 46(e) and the Copyright Act 17 U.S.C. § 505.

2.  Local Rule 46(e) provides that "[t]he Court may award attorney's fees and expenses whenever authorized by statute." *See also Kerns v. Consolidation Coal Co.*, 247 F.3d 133, 133 (4th Cir. 2001) ("Consolidation Coal is ordered to pay directly to Kerns' attorney, Robert Cohen, the sum of $12,258.04 as compensation for his attorney's fees and expenses incurred while pursuing statutory attorneys' fees on appeal.").

3.  Section 505 of the Copyright Act authorizes the prevailing party to recover its "full costs," including a "reasonable attorney's fee" for litigation under the Act. As a result, attorneys' fees are authorized by statute per Local Rule 46(e).

4.  Philpot is the prevailing party. According to the Supreme Court, to be a prevailing party, there must be, at a minimum, a "judicially sanctioned change in the legal relationship of the parties." *See Buckhannon Board & Care Home v. West Virginia Department of Health and Human Resources*, 532 U.S. 598, 603, 605 (2001) ("prevailing party" is the "party in whose favor a judgment is rendered"– the "one who has been awarded some relief by the court"). Here,

this Court reversed (1) the district court's grant of summary judgment to IJR on its fair use defense; and (2) the denial of Philpot's motion for summary judgment on the validity of his copyright registration. Before the appeal, summary judgment was entered in IJR's favor on fair use, and the district court denied Philpot summary judgment on the validity of his copyright registration. The legal relationship between the parties has changed on both of these issues as a result of this Court's decision. And this Court has directed the district court to enter summary judgment in Philpot's favor on both issues. For these reasons, Philpot is the prevailing party and entitled to his appellate attorneys' fees.

5. When deciding whether to award attorneys' fees to a prevailing party under the Copyright Act, four factors are relevant: "(1) the motivation of the parties, (2) the objective reasonableness of the legal and factual positions advanced, (3) the need in particular circumstances to advance considerations of compensation and deterrence, and (4) any other relevant factor presented." *Diamond Star Bldg. Corp. v. Freed*, 30 F.3d 503, 505 (4th Cir. 1994) (cleaned up).

6. Despite the lack of binding case law supporting the district court's decision, IJR pressed forward with obtaining an award of attorneys' fees, which necessitated a second appeal that Philpot has also won. *See* No. 22-1089.

7.  In both its appellee brief and supplemental brief in this appeal, IJR took objectively unreasonable legal positions.

8.  In its appellee brief, IJR argued that all four of the fair use factors favored its position. *See generally* (Doc. 20 at 6-16). This Court found the exact opposite—that all four fair use factors weighed in Philpot's favor. *See generally* (Doc. 74 at 6-14).

9.  On the first fair use factor fair—the purpose and character of the use—IJR cited no analogous or binding case law and instead argued that its position was distinguishable from this Court's decision in *Brammer v. Violent Hues Productions*, 922 F.3d 255, 263 (4th Cir. 2019). (Doc. 20 at 8-9). This Court completely disagreed, finding that it previously rejected IJR's same position and reasoning in *Brammer*. (Doc. 74 at 9).

10. In its supplemental brief, IJR argued that the Supreme Court's decision in *Warhol v. Goldsmith*, 143 S. Ct. 1258 (2023) supported the district court's decision and IJR's position. (Doc. 67 at 1-5). This Court found the exact opposite: "Indeed, IJR has less of a case for 'transformative use' than the Andy Warhol Foundation did in *Warhol*." (Doc. 74 at 8).

11. IJR also relied on a circular and inaccurate argument about the fourth fair use factor—the effect on the market for or value of the work—tying it back to the transformative use argument under the first fair use factor and contending that

because the use was transformative, the presumption of cognizable market harm did not apply. (Doc. 20 at 24). This Court disagreed, finding that the presumption applied because "IJR made commercial use of the Photo and duplicated the 'heart of the work' while only removing the negative space." (Doc. 74 at 13).

12. In another overreach, IJR argued in its supplemental brief that the Photo had a "utilitarian function" essentially because Philpot did not direct "the lighting, positioning, outfit or staging of Ted Nugent's photograph. Instead, Philpot merely captured a moment in time." (Doc. 67 at 5). This Court found directly to the contrary: "And here, Philpot made several creative choices in capturing the Photo, including 'selecting the subject matter, angle of photography, exposure, composition, framing, location and exact moment of creation." (Doc. 74 at 11) (citing J.A. 575).

13. On the registration issue, IJR relied on a twisted construction of the license agreement at issue as opposed to the plain language that this Court found clear and unambiguous. (Doc. 20 at 21-24). IJR's appellate argument on this issue ignored that the Agreement's plain language showed that Philpot did not make an "offer" of distribution that would constitute publication under the Copyright Act. (Doc. 74 at 19-22).

14. The Copyright Act's goals of compensation and deterrence would be served

by awarding appellate fees to Philpot. On compensation, this Court acknowledged in its opinion that IJR's use deprived Philpot of the proper attribution for the Photo under the Creative Commons license and that the use was non-transformative and commercial in nature. (Doc. 74 at 8-11). Specifically, this Court concluded that "IJR's use of the Photo was exploitative: Philpot licensed the Photo, and IJR did not pay the customary price of direct attribution to Philpot." (*Id.* at 10). Philpot lost in the district court and had no choice but to appeal to get compensation for the bundle of rights he enjoys as a copyright owner. As the Court recognized, Philpot "relies on attributions or payments from users of his images to sustain himself in the world of concert photography." (*Id.* at 14). Pursuing this appeal was his only option to preserve any ability to do so given the district court's decision.

15. On deterrence, this Court found that "If IJR's behavior in copying Philpot's photography to depict musicians for a commercial purpose without payment or attribution became widespread, Philpot's potential market would likely decrease." (*Id.* at 13). To deter others from taking the same action with Philpot's photographs as IJR did, the Court should enter an award of attorneys' fees.

16. Because the Court may also consider any other factor that is relevant, the Court could take judicial notice that Philpot has filed many other infringement

lawsuits as a result of the same exact actions that IJR took—using his copyrighted photographs on their own websites without providing him with the proper attribution. *See, e.g.*, *Philpot v. L.M. Communications II of S.C., Inc.*, 343 F.Supp.3d 694, 697 (E.D. Ky. 2018); *Philpot v. Odyssey Media Group, Inc.*, C.A. No. 1:20-CV-02940 (S.D. Ind. 2022); *Philpot v. Scene Ent., LLC*, No. CV 18-9085, 2019 WL 8275341, at *1 (E.D. La. Apr. 4, 2019); *Philpot v. ACB Assocs., L.P.*, No. 17 CIV. 4646 (DAB), 2018 WL 1801304, at *1 (S.D.N.Y. Mar. 23, 2018). Even when Philpot has succeeded in obtaining default judgments against many of these infringers, he has often been unable to collect on them. *See* Declaration of Larry Philpot, attached as Exhibit A.

17. The Declarations of Stacy Cole and Kristine Maher, verifying the attorneys' fees incurred by Philpot on appeal are attached as Exhibits B and C, and are incorporated herein by reference.

18. As set forth in the Maher Declaration, Philpot has incurred attorneys' fees on appeal in the amount of $41,581. Detailed itemizations of these amounts, as required by Local Rule 46(e), are incorporated herein by reference and attached to the Maher and Cole declarations.

19. This case originated out of the Eastern District of Virginia, which has used a matrix from a 2011 case: *Vienna Metro LLC v. Pulte Home Corp.*, 786 F.

Supp. 2d 1090 (E.D. Va. 2011) to determine the reasonable hourly rates for attorneys' fees. According to that matrix, attorneys with 11-19 years of experience can reasonably charge $520-$770 per hour.

20. Philpot's lead counsel, Ms. Cole has been practicing law for 18 years, and her hourly rate on this matter ranged from $410-425, far below the corresponding range in the matrix and discounted from her regular rates while this appeal was pending. *See* Exhibit B. Similarly, Ms. Maher has been practicing law for 13 years, and her hourly rate on this matter ranged from $350-375, also far below the corresponding range in the matrix and discounted from her regular rates while this appeal was pending. *See* Exhibit C.

21. In addition, the itemized billing records show that Philpot and his counsel agreed on a flat fee of $15,000 for the opening brief and reply brief work with the rest of the work on the appeal to be billed hourly. Had Philpot been charged hourly for the opening and reply briefing, the total would have been $42,578.

22. The remainder of the work on this appeal related to the supplemental briefing and oral argument. The total amount for the supplemental briefing and oral argument was $26,581.

23. As a result, Philpot seeks a total award of $69,159.

24. Pursuant to Local Rule 27(a), counsel for IJR has been informed of Philpot's

intent to file this motion, does not consent to the relief requested, and intends to file a response in opposition.

WHEREFORE, Appellant Larry Philpot respectfully requests that the Court grants this Motion for Attorneys' Fees and Expenses and award any other and further relief as deemed appropriate by the Court.

Dated: <u>February 19, 2024</u>

Respectfully submitted,

<u>/s/Kristine M. Maher</u>
Kristine M. Maher
BRICKER GRAYDON LLP
312 Walnut Street
Suite 1800
Cincinnati, Ohio 45202
Telephone: (513) 629-2893
Facsimile: (513) 651-3836
Email: kmaher@brickergraydon.com

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### LARRY PHILPOT,
*Plaintiff-Appellant,*

**v.**

### INDEPENDENT JOURNAL REVIEW,
*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the Eastern District of Virginia (Alexandria)
Case No. 1:20-cv-00590-AJT-TCB
Hon. Anthony J. Trenga

---

## APPELLANT'S DECLARATION IN SUPPORT OF HIS APPLICATION
## FOR ATTORNEY'S FEES AND EXPENSES

---

Pursuant to the provisions of 28 U.S.C. §1746, the undersigned, Larry G. Philpot, makes the following declaration under the penalty of perjury:

1. I make this declaration in support of my motion for attorneys' fees on appeal.

2. I have repeatedly found my photographs on websites online without the proper attribution and without my prior express permission for the use.

3. I have filed many lawsuits to vindicate my rights as a copyright owner.

20265369v1

EXHIBIT

A

4. But even when I have been successful in obtaining a judgment against an infringer, I have often not been able to collect against these defendants who close up shop or dissolve shortly after I sue them.

5. I have been struggling financially and had to borrow money to pay my attorneys to handle this appeal.

6. Since the district court entered summary judgment in favor of the Independent Journal Review, I have acted in good faith and done only the minimum necessary to protect my rights.

7. My counsel have generously allowed me to wait to pay them for the remainder of their work on my appeal until after we pursue this request for attorneys' fees.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 16th day of February, 2024 in _INDIANAPOLIS_, Indiana.

Larry G. Philpot

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### LARRY PHILPOT,
*Plaintiff-Appellant,*

**v.**

### INDEPENDENT JOURNAL REVIEW,
*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the Eastern District of Virginia (Alexandria)
Case No. 1:20-c-00590-AJT-TCB
Hon. Anthony J. Trenga

### DECLARATION IN SUPPORT OF APPELLANT'S MOTION FOR ATTORNEYS' FEES AND EXPENSES

Stacy A. Cole, hereby declare as follows:

1.     I am an attorney and partner at Keating Muething & Klekamp PLL ("KMK"). I represent Appellant-Plaintiff Larry Philpot in the above-captioned litigation. I am over the age of 21 and, if called as a witness, I would and could completely testify to these facts.

2.     I make this Declaration in support of Philpot's application for attorney's fees incurred on his successful appeal, pursuant to Local Rule 46(e).

3.     I make this declaration based on my personal knowledge, documents in my office files, my electronic mail, phone records, and documents filed with the court of record.

EXHIBIT
B

4. I am an attorney with 18 years of experience practicing law, and my standard hourly rate is $475.

5. I acted as lead counsel in this matter at all times, while Kristine M. Maher of my former law firm, Bricker Graydon LLP ("Bricker Graydon") served as my co-counsel.

6. I was the attorney primarily responsible for developing the strategy for Philpot's appeal and implementing that strategy to completion to include drafting and editing the appellate briefs and handling the oral argument.

7. The fees reflected in this Declaration include only those directly related to the work I performed for Philpot on appeal.

8. As reflected in Bricker Graydon's itemized billing records attached hereto as Exhibit 1, Philpot and counsel agreed on a flat fee of $15,000 for the opening brief and reply brief work, with the rest of the work to be billed hourly.

9. The billing report at Exhibit 1 reflects the services rendered to Philpot for the opening brief and reply brief work, amounting to 138.8 hours of billable attorney and legal staff time, which, at Bricker Graydon's standard hourly rates would have resulted in a bill of $42,578.

10. In October 2022, I moved to my current firm, KMK and continued to work on this matter at a discounted hourly rate of $425.

11. The invoice attached as Exhibit 2 reflects the services rendered to

2

Philpot for the work on the supplemental briefing and oral argument preparation and completion.[1] The total amount billed for my time on the supplemental briefing is $1,232.50. The total amount billed for my time spent on preparing and handling the oral argument was $19,426.50.

12.     Accordingly, the fees actually paid by Philpot in this matter represent a significant discount to him and are below the rates that Bricker Graydon or KMK could and do bill to other paying clients, and which are regularly paid by the firms' clients in full.

13.     Additionally, hotel and airfare expenses for my travel to Richmond, Virginia, for the oral argument in this matter have not been charged to Philpot.

14.     Although the time charges in Exhibits 1 and 2 were not actually billed to or paid by an outside client, they reflect the opportunity cost value of the time taken by the billing attorneys on this matter, which could otherwise have been used to serve paying clients. As such, the billing rates used in connection with this matter constitute reasonable billing rates.

*- Signature on following page -*

---

[1] It also includes some small amounts for work following this Court's decision that I do not seek to recover at this time.

20265466v1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING

IS TRUE AND CORRECT.

Dated: February 19, 2024

Respectfully submitted,

Stacy A. Cole

20265466v1



# GRAYDON

INVOICE 528527

February 27, 2022

Please remit payments to:
Graydon Head & Ritchey LLP
Attn: Accounts Receivable
P.O. Box 6464
Cincinnati, Ohio   45201-6464
513/621-6464
Employer's ID:   31-0565234

Larry Philpot
8125 Halyard Way
**larry@behindthemusic.net**
Indianapolis IN 46236

For Professional Services Rendered
Through January 31, 2022
In Connection With The Following Matter -

### IJR - Appeal Briefing

| Date | Init | Hours | Amount | Description |
|---|---|---|---|---|
| 08/31/21 | SAC | 1.10 | 141.45 | Work on review of trial court docket and key filings in preparation for appeal |
| 09/28/21 | KMM | 1.90 | 234.27 | Review summary judgment briefing to prepare to draft appeal |
| 10/07/21 | SAC | 0.20 | 25.72 | Review briefing letter from court |
| 10/18/21 | AKS | 2.10 | 170.16 | Review Motion for Summary Judgment order and briefing to draft outline for appellate brief |
| 10/19/21 | AKS | 3.60 | 291.71 | Research ███████████████████████████ |
| 10/22/21 | AKS | 0.80 | 64.82 | Research ████████ |
| 10/22/21 | AKS | 2.80 | 226.88 | Draft outline for appellate brief |
| 10/24/21 | AKS | 1.90 | 153.96 | Draft outline for appellate brief |
| 10/25/21 | AKS | 5.10 | 413.25 | Draft outline for appellate brief |
| 10/25/21 | SAC | 0.20 | 25.72 | Work with Kristine M. Maher regarding strategy for brief research and staffing |
| 10/26/21 | SAC | 0.30 | 38.58 | Work on initial review of draft outline from Anu K. Sandhu |
| 11/02/21 | SAC | 0.70 | 90.01 | Work on reviewing district court filings and rules for appendix preparation |
| 11/03/21 | SAC | 0.30 | 38.58 | Work with Patricia L. Paige regarding appendix logistics and process questions |
| 11/04/21 | SAC | 0.70 | 90.01 | Work on review of district court record for appellate brief and appendix |
| 11/05/21 | SAC | 3.30 | 424.35 | Work on review of district court record for appellate brief and appendix |
| 11/09/21 | SAC | 1.30 | 167.17 | Work on identifying key documents for the Appendix; work with Kristine M. Maher regarding same |
| 11/10/21 | SAC | 0.20 | 25.72 | Work with Kristine M. Maher regarding key documents for Appendix |
| 11/10/21 | SAC | 3.20 | 411.49 | Work on draft appellate brief, including organization of argument and issues for review |
| 11/11/21 | SAC | 0.40 | 51.44 | Work with Kristine M. Maher regarding Appendix status and |

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | logistics for filing |
| 11/11/21 | SAC | 5.60 | 720.10 | Work on draft appeal brief, including statements of fact regarding both denial of Philpot's MSJ and granting of IJR's MSJ |
| 11/12/21 | SAC | 7.90 | 1,015.86 | Continue work on draft Statement of Facts and revisions to same; work on summary of argument and argument sections regarding Plaintiff's MSJ and IJR's defenses |
| 11/13/21 | SAC | 4.20 | 540.08 | Continue drafting appellate brief, including █████████████ |
| 11/14/21 | SAC | 3.30 | 424.35 | Continue drafting appellate brief, including ███████████; review and revise summary of argument and brief arguments; coordinate cite checking; email Larry Philpot regarding draft and next steps 248- |
| 11/14/21 | KMM | 0.80 | 98.64 | Revise draft appellant brief |
| 11/15/21 | KMM | 1.50 | 184.95 | Revise draft appellant's brief and coordinate with paralegal on certificate of confidentiality |
| 11/15/21 | AKS | 6.30 | 510.49 | Review case law included in brief, edit citations, and researching Second Circuit case law |
| 11/15/21 | SAC | 5.30 | 681.53 | Work on full review of and revisions to draft brief; work on final review of and revisions to Appendix based on confidentiality; work on review of and incorporation of certain Kristine M. Maher edits |
| 11/16/21 | SLH | 0.20 | 16.21 | Prepare cover sheet for Appellant's Brief. |
| 11/16/21 | SLH | 0.60 | 48.62 | Review Fourth Circuit Brief requirements and local rules in preparation of filing Appellant's Brief. |
| 11/16/21 | SLH | 0.30 | 24.31 | Begin preparation of Certificate of Confidentiality in preparation of filing Appellant's Brief. |
| 11/16/21 | AKS | 2.30 | 186.37 | Incorporating citation edits into Philpot appellate brief |
| 11/16/21 | KMM | 0.70 | 86.31 | Final round of edits to appellant's brief |
| 11/16/21 | PKM | 4.10 | 332.22 | Work on appeal brief, edits and filings |
| 11/16/21 | SAC | 4.40 | 565.80 | Work with Anu K. Sandhu regarding final case law review and citechecking; work on additional final edits to brief; work with Patricia K. Miller regarding handling filing under seal; coordinate filing of Appendices; call with case manager regarding certificate of confidentiality and motion to seal; coordinate TOC and TOA; review TOA; coordinate filing of brief |
| 11/17/21 | SAC | 0.20 | 25.72 | Emails with Larry Philpot regarding ██████; review court order regarding sealing |
| 11/18/21 | SAC | 0.20 | 25.72 | Email from Manuel Cordovez regarding sealed documents |
| 11/19/21 | SAC | 0.20 | 25.72 | Emails with Manuel Cordovez regarding sealed filings |
| 12/14/21 | AKS | 3.10 | 251.19 | Research ███████████████████████ |
| 12/14/21 | AKS | 0.30 | 24.31 | Confer with Kristine regarding ███████████ |
| 12/15/21 | AKS | 1.50 | 121.55 | Research ██████████████████████ |
| 12/16/21 | AKS | 1.00 | 81.03 | Research █████████████████████ |
| 12/17/21 | AKS | 1.10 | 89.13 | Research ████████████████ |
| 12/17/21 | AKS | 2.00 | 162.06 | Research █████████████████████ |
| 12/17/21 | AKS | 1.00 | 81.03 | Research ███████████████ |
| 12/20/21 | AKS | 1.30 | 105.34 | Research █████████████████ |

| Date | Initials | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
| | | | | ████████████████████ |
| 12/29/21 | SAC | 2.10 | 270.04 | Work on review of Response Brief and outline for Reply |
| 01/04/22 | SAC | 8.20 | 1,140.93 | Work on review of Brammer briefs for draft Reply; work on draft Reply arguments and outline; work with Anu K. Sandhu regarding research on ████████████████ ███████████; work with Augustus B. Flottman regarding ████████████████████; work with Frank M. Schultz regarding ████████████; work on draft; work on draft arguments regarding ████████████; work on research regarding ███████████ |
| 01/04/22 | AKS | 1.40 | 123.30 | Research ████████ |
| 01/04/22 | SLH | 0.50 | 44.04 | Review U.S. Court of Appeals for the Fourth Circuit Brief Requirements, filing and service rules in preparation of reply brief. |
| 01/04/22 | FMS | 3.70 | 351.94 | Multiple correspondence with Stacy A. Cole regarding needing additional research and case law on ███████████████████; draft section of appeal brief providing ████████████ |
| 01/04/22 | ABF | 3.80 | 381.52 | In connection with preparation of Reply Brief argument ██, research and analysis of legal authority regarding ██████████ |
| 01/04/22 | ABF | 0.20 | 20.08 | Attention to correspondence with S. Cole regarding research; phone call with S. Cole to discuss analysis of same. |
| 01/05/22 | SAC | 3.30 | 459.23 | Work on Reply brief draft regarding ████████████; coordinate citechecking of brief with Anu K. Sandhu; work with Augustus B. Flottman regarding substantive review of brief; work on review of and revisions to brief; email Larry Philpot regarding ██████; coordinate filing with Stephanie L. Henson |
| 01/05/22 | KMM | 0.50 | 66.06 | Discussion with G. Flottman re ███████████ |
| 01/05/22 | AKS | 3.50 | 308.25 | Edit reply brief |
| 01/05/22 | ABF | 4.00 | 401.60 | In connection with preparation of Reply Brief argument responding to ███████████, research and analysis of ██████████; research ; analysis of ███ |
| 01/05/22 | ABF | 2.00 | 200.80 | In connection with preparation of Reply Brief argument responding to ████████████, draft notes and analysis ███████ |

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | ██████████████████████ |
| 01/05/22 | ABF | 3.60 | 361.44 | Attention to drafting of ██████████ ████████████████████████ ████████, drafting of argument that n██████████████ ████████████████████████ ███ ase. |
| 01/05/22 | ABF | 1.00 | 100.40 | Attention to drafting suggested redlined revisions throughout S. Cole's draft Reply Brief. |
| 01/06/22 | SLH | 0.30 | 26.42 | Preparation of Certificate of Confidentiality for Reply Brief. |
| 01/06/22 | KMM | 0.30 | 39.63 | Review draft reply brief with BriefCatch editor and suggest edits to Stacy A. Cole |
| 01/06/22 | ABF | 1.70 | 170.68 | Attention to drafting suggested redlined revisions throughout S. Cole's draft Reply Brief. |
| 01/06/22 | SLH | 0.40 | 35.23 | Further work on Certificate of Confidentiality for Appellant's Reply Brief. |
| 01/06/22 | SLH | 1.70 | 149.72 | Preparation of Table of Authorities and revisions to same for Reply Brief. |
| 01/06/22 | SLH | 1.10 | 96.88 | Filing of Reply Brief (sealed and redacted) and Certificate of Confidentiality with U.S. District Court of Appeals for the Fourth Circuit. |
| 01/06/22 | SAC | 3.70 | 514.89 | Review research and analysis from Augustus B. Flottman regarding ████████████; work on review of and incorporation of edits from Augustus B. Flottman and Kristine M. Maher; work on review of citechecking edits from Anu K. Sandhu; work on final review of brief; coordinate finalizing brief and filing same with Stephanie L. Henson; serve brief on opposing counsel; review and revise Certificate of Confidentiality |
| 01/07/22 | SLH | 0.20 | 17.61 | Receipt and review of Docket Correction Notice. |
| 01/07/22 | SLH | 0.40 | 35.23 | Further work on filing of redacted Reply Brief in U.S. Court of Appeals for the Fourth Circuit. |
| 01/07/22 | SAC | 0.20 | 27.83 | Review court orders regarding confidentiality and redacted brief |
| 01/10/22 | SAC | 0.20 | 27.83 | Review court order regarding confidentiality of Reply brief |
| 01/18/22 | AKS | 1.10 | 96.88 | Review and edit reply brief to defendant's motion opposing plaintiff's motion to stay |
| 01/18/22 | AKS | 0.20 | 17.61 | Confer with Kristine regarding edits to reply brief |

Professional Services                                           $ 15,000.00


**IJR - District Court Case**

Professional Services

Total Professional Services

Costs Advanced

Filing Fees/Recording Fees

Total Costs Advanced

**Invoice Total**                                                      **$**

**Expenses may have been incurred on your behalf for which the firm has not yet been billed.
Any such expenses will be billed to you on the next invoice.**

**If you have any questions regarding this Invoice No. 528527,
or would like to receive future invoices via e-mail,
please contact Robyn Crowley at (513) 629-2829 or rcrowley@graydon.law.**

IN ACCOUNT WITH



INVOICE 528527

February 27, 2022

Please remit payments to:                          Larry Philpot
Graydon Head & Ritchey LLP                         8125 Halyard Way
Attn: Accounts Receivable                          **larry@behindthemusic.net**
P.O. Box 6464                                      Indianapolis IN 46236
Cincinnati, Ohio   45201-6464
513/621-6464
Employer's ID:   31-0565234

<u>R E M I T T A N C E     C O P Y</u>

<u>Current</u> <u>Charges</u> <u>For</u> <u>Invoice</u> <u>No.</u> <u>528527</u>

| <u>Client-Matter</u> | <u>Matter</u> <u>Name</u> | <u>Fees</u> | <u>Costs</u> | <u>Totals</u> |
|---|---|---|---|---|
| PH059 - 100022 | IJR - Appeal Briefing | $15,000.00 | $0.00 | $15,000.00 |
| PH059 - 100023 | IJR - District Court Case | | | |

Total Professional Services and Costs Advanced                 $

**Total Due**                                                  **$**

**Payable upon receipt.**

**Please make checks payable to Graydon Head & Ritchey LLP.**

| ID | Date | Tkpr | TKPR Name | Client | Matter | Bill Num | Bill Date | Bs Hrs | Base Amt | Bl Hrs | Billed Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12704707 | 8/31/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 1.1 | $401.50 | 1.1 | $141.45 |
| 12720304 | 9/28/2021 | 20687 | Maher, Kris | 125874 | 312536 | 1528527 | 2/27/2022 | 1.9 | $665.00 | 1.9 | $234.27 |
| 12727796 | 10/7/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 0.2 | $73.00 | 0.2 | $25.72 |
| 12731139 | 10/18/2021 | 20756 | Sandhu, An | 125874 | 312536 | 1528527 | 2/27/2022 | 2.1 | $483.00 | 2.1 | $170.16 |
| 12731888 | 10/19/2021 | 20756 | Sandhu, An | 125874 | 312536 | 1528527 | 2/27/2022 | 3.6 | $828.00 | 3.6 | $291.71 |
| 12734044 | 10/22/2021 | 20756 | Sandhu, An | 125874 | 312536 | 1528527 | 2/27/2022 | 0.8 | $184.00 | 0.8 | $64.82 |
| 12734229 | 10/22/2021 | 20756 | Sandhu, An | 125874 | 312536 | 1528527 | 2/27/2022 | 2.8 | $644.00 | 2.8 | $226.88 |
| 12734530 | 10/24/2021 | 20756 | Sandhu, An | 125874 | 312536 | 1528527 | 2/27/2022 | 1.9 | $437.00 | 1.9 | $153.96 |
| 12735019 | 10/25/2021 | 20756 | Sandhu, An | 125874 | 312536 | 1528527 | 2/27/2022 | 5.1 | $1,173.00 | 5.1 | $413.25 |
| 12736759 | 10/25/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 0.2 | $73.00 | 0.2 | $25.72 |
| 12736763 | 10/26/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 0.3 | $109.50 | 0.3 | $38.58 |
| 12741807 | 11/2/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 0.7 | $255.50 | 0.7 | $90.01 |
| 12741809 | 11/3/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 0.3 | $109.50 | 0.3 | $38.58 |
| 12744876 | 11/4/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 0.7 | $255.50 | 0.7 | $90.01 |
| 12744885 | 11/5/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 3.3 | $1,204.50 | 3.3 | $424.35 |
| 12746741 | 11/9/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 1.3 | $474.50 | 1.3 | $167.17 |
| 12746752 | 11/10/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 0.2 | $73.00 | 0.2 | $25.72 |
| 12746753 | 11/10/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 3.2 | $1,168.00 | 3.2 | $411.49 |
| 12746758 | 11/11/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 0.4 | $146.00 | 0.4 | $51.44 |
| 12746764 | 11/11/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 5.6 | $2,044.00 | 5.6 | $720.10 |
| 12747225 | 11/12/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 7.9 | $2,883.50 | 7.9 | $1,015.86 |
| 12747614 | 11/13/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 4.2 | $1,533.00 | 4.2 | $540.08 |
| 12747735 | 11/14/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 3.3 | $1,204.50 | 3.3 | $424.35 |
| 12747793 | 11/14/2021 | 20687 | Maher, Kris | 125874 | 312536 | 1528527 | 2/27/2022 | 0.8 | $280.00 | 0.8 | $98.64 |
| 12748537 | 11/15/2021 | 20687 | Maher, Kris | 125874 | 312536 | 1528527 | 2/27/2022 | 1.5 | $525.00 | 1.5 | $184.95 |
| 12748561 | 11/15/2021 | 20756 | Sandhu, An | 125874 | 312536 | 1528527 | 2/27/2022 | 6.3 | $1,449.00 | 6.3 | $510.49 |
| 12748953 | 11/16/2021 | 20763 | Henson, St | 125874 | 312536 | 1528527 | 2/27/2022 | 0.2 | $46.00 | 0.2 | $16.21 |
| 12748955 | 11/16/2021 | 20763 | Henson, St | 125874 | 312536 | 1528527 | 2/27/2022 | 0.6 | $138.00 | 0.6 | $48.62 |
| 12748970 | 11/16/2021 | 20763 | Henson, St | 125874 | 312536 | 1528527 | 2/27/2022 | 0.3 | $69.00 | 0.3 | $24.31 |
| 12749021 | 11/16/2021 | 20756 | Sandhu, An | 125874 | 312536 | 1528527 | 2/27/2022 | 2.3 | $529.00 | 2.3 | $186.37 |
| 12749173 | 11/16/2021 | 20687 | Maher, Kris | 125874 | 312536 | 1528527 | 2/27/2022 | 0.7 | $245.00 | 0.7 | $86.31 |

| Timekeeper | Sum of Bs Hrs | Sum of Base Amt | Sum of Bl Hrs | Sum of Billed Amt | Difference |
|---|---|---|---|---|---|
| Cole, Stacy A. | 60.9 | $22,696.50 | 60.9 | $7,995.87 | $14,700.63 |
| Flottman, Augustus B. | 16.3 | $4,645.50 | 16.3 | $1,636.52 | $3,008.98 |
| Henson, Stephanie L. | 5.7 | $1,403.00 | 5.7 | $494.27 | $908.73 |
| Maher, Kristine M. | 5.7 | $2,015.00 | 5.7 | $709.86 | $1,305.14 |
| Miller, Patricia K. | 4.1 | $943.00 | 4.1 | $332.22 | $610.78 |
| Sandhu, Anu K. | 42.4 | $9,876.00 | 42.4 | $3,479.32 | $6,396.68 |
| Schultz, Frank M. | 3.7 | $999.00 | 3.7 | $351.94 | $647.06 |
| **Grand Total** | **138.8** | **$42,578.00** | **138.8** | **$15,000.00** | **$27,578.00** |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12749299 | 11/16/2021 | 20125 | Miller, Patr | 125874 | 312536 | 1528527 | 2/27/2022 | 4.1 | $943.00 | 4.1 | $332.22 |
| 12749731 | 11/15/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 5.3 | $1,934.50 | 5.3 | $681.53 |
| 12749931 | 11/16/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 4.4 | $1,606.00 | 4.4 | $565.80 |
| 12749953 | 11/17/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 0.2 | $73.00 | 0.2 | $25.72 |
| 12752560 | 11/18/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 0.2 | $73.00 | 0.2 | $25.72 |
| 12752598 | 11/19/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 0.2 | $73.00 | 0.2 | $25.72 |
| 12764936 | 12/14/2021 | 20756 | Sandhu, Ar | 125874 | 312536 | 1528527 | 2/27/2022 | 3.1 | $713.00 | 3.1 | $251.19 |
| 12764949 | 12/14/2021 | 20756 | Sandhu, Ar | 125874 | 312536 | 1528527 | 2/27/2022 | 0.3 | $69.00 | 0.3 | $24.31 |
| 12765769 | 12/15/2021 | 20756 | Sandhu, Ar | 125874 | 312536 | 1528527 | 2/27/2022 | 1.5 | $345.00 | 1.5 | $121.55 |
| 12766118 | 12/16/2021 | 20756 | Sandhu, Ar | 125874 | 312536 | 1528527 | 2/27/2022 | 1 | $230.00 | 1 | $81.03 |
| 12766849 | 12/17/2021 | 20756 | Sandhu, Ar | 125874 | 312536 | 1528527 | 2/27/2022 | 1.1 | $253.00 | 1.1 | $89.13 |
| 12767054 | 12/17/2021 | 20756 | Sandhu, Ar | 125874 | 312536 | 1528527 | 2/27/2022 | 2 | $460.00 | 2 | $162.06 |
| 12767657 | 12/17/2021 | 20756 | Sandhu, Ar | 125874 | 312536 | 1528527 | 2/27/2022 | 1 | $230.00 | 1 | $81.03 |
| 12767928 | 12/20/2021 | 20756 | Sandhu, Ar | 125874 | 312536 | 1528527 | 2/27/2022 | 1.3 | $299.00 | 1.3 | $105.34 |
| 12772512 | 12/29/2021 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 2.1 | $766.50 | 2.1 | $270.04 |
| 12774562 | 1/4/2022 | 20389 | Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 8.2 | $3,239.00 | 8.2 | $1,140.93 |
| 12774660 | 1/4/2022 | 20756 | Sandhu, Ar | 125874 | 312536 | 1528527 | 2/27/2022 | 1.4 | $350.00 | 1.4 | $123.30 |
| 12774772 | 1/4/2022 | 20763 | Henson, St | 125874 | 312536 | 1528527 | 2/27/2022 | 0.5 | $125.00 | 0.5 | $44.04 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12774977 | 1/5/2022 | 20389 Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 3.3 | $1,303.50 | 3.3 | $459.23 |
| 12775406 | 1/5/2022 | 20687 Maher, Kris | 125874 | 312536 | 1528527 | 2/27/2022 | 0.5 | $187.50 | 0.5 | $66.06 |
| 12775425 | 1/4/2022 | 20659 Schultz, Fra | 125874 | 312536 | 1528527 | 2/27/2022 | 3.7 | $999.00 | 3.7 | $351.94 |
| 12775492 | 1/5/2022 | 20756 Sandhu, Ar | 125874 | 312536 | 1528527 | 2/27/2022 | 3.5 | $875.00 | 3.5 | $308.25 |
| 12775757 | 1/6/2022 | 20763 Henson, Sto | 125874 | 312536 | 1528527 | 2/27/2022 | 0.3 | $75.00 | 0.3 | $26.42 |
| 12775799 | 1/6/2022 | 20687 Maher, Kris | 125874 | 312536 | 1528527 | 2/27/2022 | 0.3 | $112.50 | 0.3 | $39.63 |
| 12775941 | 1/4/2022 | 20746 Flottman, A | 125874 | 312536 | 1528527 | 2/27/2022 | 3.8 | $1,083.00 | 3.8 | $381.52 |
| 12775960 | 1/4/2022 | 20746 Flottman, A | 125874 | 312536 | 1528527 | 2/27/2022 | 0.2 | $57.00 | 0.2 | $20.08 |
| 12775967 | 1/5/2022 | 20746 Flottman, A | 125874 | 312536 | 1528527 | 2/27/2022 | 4 | $1,140.00 | 4 | $401.60 |
| 12775973 | 1/5/2022 | 20746 Flottman, A | 125874 | 312536 | 1528527 | 2/27/2022 | 2 | $570.00 | 2 | $200.80 |
| 12775977 | 1/5/2022 | 20746 Flottman, A | 125874 | 312536 | 1528527 | 2/27/2022 | 3.6 | $1,026.00 | 3.6 | $361.44 |
| 12775979 | 1/5/2022 | 20746 Flottman, A | 125874 | 312536 | 1528527 | 2/27/2022 | 1 | $285.00 | 1 | $100.40 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12775980 | 1/6/2022 | 20746 Flottman, A | 125874 | 312536 | 1528527 | 2/27/2022 | 1.7 | $484.50 | 1.7 | $170.68 |
| 12776155 | 1/6/2022 | 20763 Henson, St | 125874 | 312536 | 1528527 | 2/27/2022 | 0.4 | $100.00 | 0.4 | $35.23 |
| 12776277 | 1/6/2022 | 20763 Henson, St | 125874 | 312536 | 1528527 | 2/27/2022 | 1.7 | $425.00 | 1.7 | $149.72 |
| 12776279 | 1/6/2022 | 20763 Henson, St | 125874 | 312536 | 1528527 | 2/27/2022 | 1.1 | $275.00 | 1.1 | $96.88 |
| 12776330 | 1/6/2022 | 20389 Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 3.7 | $1,461.50 | 3.7 | $514.89 |
| 12776545 | 1/7/2022 | 20763 Henson, St | 125874 | 312536 | 1528527 | 2/27/2022 | 0.2 | $50.00 | 0.2 | $17.61 |
| 12776708 | 1/7/2022 | 20763 Henson, St | 125874 | 312536 | 1528527 | 2/27/2022 | 0.4 | $100.00 | 0.4 | $35.23 |
| 12777066 | 1/7/2022 | 20389 Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 0.2 | $79.00 | 0.2 | $27.83 |
| 12777625 | 1/10/2022 | 20389 Cole, Stacy | 125874 | 312536 | 1528527 | 2/27/2022 | 0.2 | $79.00 | 0.2 | $27.83 |
| 12782412 | 1/18/2022 | 20756 Sandhu, Ar | 125874 | 312536 | 1528527 | 2/27/2022 | 1.1 | $275.00 | 1.1 | $96.88 |
| 12782440 | 1/18/2022 | 20756 Sandhu, Ar | 125874 | 312536 | 1528527 | 2/27/2022 | 0.2 | $50.00 | 0.2 | $17.61 |
| **Totals** | | | | | | | **138.8** | **$42,578.00** | **138.8** | **$15,000.00** |

PHILPOT, LARRY

February 19, 2024
Invoice #:   1461668
Client #:   PH4126
Matter #:   OL0001
Relationship Attorney:   SAC

Matter:   IJR - 4th Circuit Oral Argument

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 5/19/23 | SAC | Emails with Larry Philpot and co-counsel regarding strategy for handling appeal and file transfer authorization; coordinate same. | .40 | 425.00 | 170.00 |
| 5/22/23 | SAC | Call with Kristine Maher and Larry Philpot regarding strategy for appeal and next steps; review draft notice to the Court. | .80 | 425.00 | 340.00 |
| 6/20/23 | SAC | Work with Kerry Roncallo regarding preparation for oral argument and updating research. | .20 | 425.00 | 85.00 |
| 6/26/23 | SAC | Work with Kerry Roncallo regarding prep for oral argument; follow up with Kristine Maher regarding full sealed briefs and review same. | .40 | 425.00 | 170.00 |
| 6/27/23 | SAC | Call with Kristine Maher regarding strategy for oral argument prep. | .80 | 425.00 | 340.00 |
| 7/07/23 | SAC | Work on review of Warhol summaries and updated research memo in preparation for oral argument. | .60 | 425.00 | 255.00 |
| 7/17/23 | SAC | Review court order continuing oral argument. | .10 | 425.00 | 42.50 |
| 7/21/23 | SAC | Review appellate court order resetting oral argument. | .10 | 425.00 | 42.50 |
| 8/16/23 | SAC | Emails with Larry Philpot regarding oral argument and next steps. | .30 | 425.00 | 127.50 |
| 8/17/23 | SAC | Prepare and coordinate filing of oral acknowledgement form; emails with Larry Philpot regarding preparation for oral argument. | .70 | 425.00 | 297.50 |
| 8/23/23 | SAC | Review court order regarding supplemental briefing. | .10 | 425.00 | 42.50 |
| 8/25/23 | SAC | Emails with Larry Philpot and Kristine Maher regarding supplemental briefing requirement and strategy for same. | .40 | 425.00 | 170.00 |
| 9/01/23 | SAC | Work on review of draft supplemental brief regarding Warhol decision. | .60 | 425.00 | 255.00 |
| 9/05/23 | SAC | Work on review of and revisions to supplemental brief; work with Kristine Maher regarding same. | 1.40 | 425.00 | 595.00 |
| 9/06/23 | SAC | Work on finalizing Supplemental Brief; work with Kristine Maher regarding same. | .40 | 425.00 | 170.00 |
| 10/05/23 | SAC | Work on initial review of briefing documents and authority in preparation for oral argument. | .30 | 425.00 | 127.50 |

EXHIBIT
2

PHILPOT, LARRY

February 19, 2024
Invoice #: 1461668
Client #: PH4126
Matter #: OL0001
Relationship Attorney: SAC

| Date | Atty | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/12/23 | SAC | Work on oral argument outline preparation. | 2.40 | 425.00 | 1,020.00 |
| 10/13/23 | SAC | Work on oral argument outline. | 1.80 | 425.00 | 765.00 |
| 10/15/23 | SAC | Work with Kristine Maher regarding preparation for oral argument and moot argument for same. | .20 | 425.00 | 85.00 |
| 10/16/23 | SAC | Work on oral argument outline. | 1.60 | 425.00 | 680.00 |
| 10/17/23 | KEB | Meet with Stacy Cole to discuss research regarding ██████. | .10 | 195.00 | 19.50 |
| 10/17/23 | KEB | Research ████████████████t. | 1.70 | 195.00 | 331.50 |
| 10/17/23 | KEB | Email Stacy Cole regarding sealed arguments for the fourth circuit. | .40 | 195.00 | 78.00 |
| 10/17/23 | SAC | Work on preparation of oral argument outline; work with Kennedy Brooks on ██████. | 4.10 | 425.00 | 1,742.50 |
| 10/18/23 | SAC | Work on preparation for oral argument; work with Kristine Maher regarding same. | 2.70 | 425.00 | 1,147.50 |
| 10/19/23 | SAC | Work on prep for oral argument; work on practice argument and prep for panel questions with Kristine Maher. | 4.60 | 425.00 | 1,955.00 |
| 10/20/23 | SAC | Work on oral argument preparation. | 1.10 | 425.00 | 467.50 |
| 10/21/23 | SAC | Work on ██████ in preparation for oral argument. | .70 | 425.00 | 297.50 |
| 10/22/23 | SAC | Work on ██████; work on revisions to oral argument outline. | 5.20 | 425.00 | 2,210.00 |
| 10/23/23 | SAC | Travel to Richmond from Cincinnati for oral argument. | 4.40 | 425.00 | 1,870.00 |
| 10/23/23 | SAC | Work on final preparation for oral argument, including revisions to outline and preparation for responding to judge questions. | 2.70 | 425.00 | 1,147.50 |
| 10/24/23 | SAC | Attend and handle oral argument, including check in and logistics time at court house. | 1.60 | 425.00 | 680.00 |
| 10/24/23 | SAC | Travel from Richmond to Cincinnati. | 7.80 | 425.00 | 3,315.00 |
| 10/25/23 | SAC | Follow up with Larry Philpot regarding oral argument and potential next steps. | .30 | 425.00 | 127.50 |
| 1/22/24 | SAC | Work on ██████████████████. | .80 | 425.00 | 340.00 |

PHILPOT, LARRY

February 19, 2024
Invoice #:   1461668
Client #:    PH4126
Matter #:    OL0001
Relationship Attorney:    SAC

| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 1/23/24 | SAC | Call with Larry Philpot and Kristine Maher regarding ████████ | .70 | 425.00 | 297.50 |
| 1/24/24 | SAC | Review ███████████████████ | .30 | 425.00 | 127.50 |
| 1/25/24 | SAC | Review ███████████████████ | .10 | 425.00 | 42.50 |
| 1/29/24 | SAC | Emails from Larry Philpot and Kristine Maher regarding ██████████ | .20 | 425.00 | 85.00 |
| 1/30/24 | SAC | Call with Kristine Maher regarding █████ | .40 | 425.00 | 170.00 |

**TOTAL PROFESSIONAL SERVICES**     **$ 22,231.50**

**TOTAL THIS INVOICE**     **$ 22,231.50**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## LARRY PHILPOT,
*Plaintiff-Appellant,*

### v.

## INDEPENDENT JOURNAL REVIEW,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Eastern District of Virginia (Alexandria)
Case No. 1:20-c-00590-AJT-TCB
Hon. Anthony J. Trenga

## DECLARATION IN SUPPORT OF APPELLANT'S MOTION FOR ATTORNEYS' FEES AND EXPENSES

Kristine M. Maher, hereby declare as follows:

1.  I am an attorney Of Counsel at Bricker Graydon LLP ("Bricker Graydon"). I represent Appellant-Plaintiff Larry Philpot in the above-captioned litigation. I am over the age of 21 and, if called as a witness, I would and could completely testify to these facts.

2.  I make this Declaration in support of Philpot's application for attorney's fees incurred on his successful appeal, pursuant to Local Rule 46(e).

3.  I make this declaration based on my personal knowledge, documents in my office files, my electronic mail, phone records, and documents filed with the court of record.

<div style="border:2px solid black; text-align:center;">

**EXHIBIT**

**C**

</div>

4.    I am an attorney with 13 years of experience practicing law, and my standard hourly rate is currently $450.

5.    I acted as co-counsel to Philpot's lead counsel, Ms. Stacy A. Cole, formerly of my own law firm, but now a partner at Keating Muething & Klekamp PLL.

6.    My primary responsibility in this matter was to provide drafting services in connection with appellate briefing, while Ms. Cole acted as lead counsel. I also assisted Ms. Cole in preparing for the oral argument.

7.    The fees reflected in this Declaration include only those directly related to representing Philpot on appeal.

8.    As stated in the Cole Declaration, Mr. Philpot and counsel agreed on a flat fee of $15,000 for the opening brief and reply brief work, with the rest of the work to be billed hourly.

9.    Bricker Graydon maintains a computerized time and billing system, and all attorneys and other timekeepers are required to promptly enter detailed time entries for all billable work performed for each billing matter.

10.   It is the regular course of the business of Bricker Graydon to make and maintain such reports. This report was made and maintained in the regular course of business. The entries therein are made at or near the time of the transaction reflected by someone with personal knowledge of the transaction and those who make sure entries are under a business duty to do so.

¹

11. Attached as Exhibit 1 are invoices from Bricker Graydon containing all time entries related to work on the supplemental briefing and assisting Ms. Cole with the oral argument.[1] The total billed for my time on the supplemental briefing (entries highlighted in orange) is $3542.50. The total billed for my time preparing Ms. Cole for the oral argument, attending with her and discussing with Philpot afterwards (entries highlighted in yellow) is $2380.

12. Combining the amounts that Ms. Cole charged for supplemental briefing and oral argument, the total for those phases is $26,581.

13. The fees actually paid by Philpot in this matter represent a significant discount to him and are below the rates that Bricker Graydon could and does bill to other paying clients, and which are regularly paid by Bricker Graydon's clients in full.

14. Although these particular time charges were not actually billed to or paid by an outside client, they reflect the opportunity cost value of the time taken by the billing attorneys on this matter, which could otherwise have been used to serve paying clients. As such, the billing rates used by Bricker Graydon in this matter constitute reasonable billing rates.

---

[1] It also includes time entries for work related to this appeal that I am not seeking to recover at this time.

I

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING

IS TRUE AND CORRECT.

Dated: February 19, 2024

Respectfully submitted,

Kristine M. Maher



**Bricker Graydon**

Phone 614.227.2300
Fax 614.227.2390
www.brickergraydon.com

EMPLOYER ID NUMBER 31-4359739

**EXHIBIT 1**

CLIENT: Larry Philpot

CLIENT ID: 125874
INVOICE DATE: February 19, 2024
INVOICE NO.: 2024171

Larry Philpot
8125 Halyard Way
Indianapolis, IN 46236

**larry@behindthemusic.net**

## INVOICE SUMMARY

For Legal Services Rendered Through: February 19, 2024

<u>Attorney:</u>   Maher, Kristine M.     <u>Invoice Date:</u>      02/19/24

| <u>Matter Name</u> | <u>Matter ID</u> | <u>Matter Amount</u> |
|---|---|---|
| IJR - Appeal Briefing | 312536 | $ 3,400.65 |

**Total Due This Invoice:**          $ 3,400.65

**Previous Balance Outstanding:**          $ 0.00

**PAYMENT DUE UPON RECEIPT**

PLEASE INCLUDE INVOICE NUMBER AND CLIENT ID WITH YOUR PAYMENT

Please Remit Payment To:

<u>Via US Mail:</u>                    <u>Via Wire/ACH</u>

Bricker Graydon LLP              Fifth Third Bank
PO Box 632038                 38 Fountain Square Plaza, Cincinnati, OH 45263
Cincinnati, OH 45263-2038        ABA Routing: 042000314
                         Account: 79002737
                         Remittance Email: paymentinfo@brickergraydon.com

If you have any questions regarding this invoice, please contact either AccountsReceivable@brickergraydon.com or the responsible
attorney for this matter.

We greatly value your business.  If you have any concerns, compliments, or feedback about the level of service and responsiveness you
received, please contact Jim Flynn at 614-227-8855 or jflynn@brickergraydon.com.

CLIENT: Larry Philpot

CLIENT ID: 125874
INVOICE DATE: February 19, 2024
INVOICE NO.: 2024171
Page 1

Larry Philpot
8125 Halyard Way
Indianapolis, IN 46236

**larry@behindthemusic.net**

## PRIVATE AND CONFIDENTIAL

For Legal Services Rendered Through: February 19, 2024

Matter: IJR - Appeal Briefing
Matter ID: 312536

### Fees

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 08/30/23 | K. Maher | Work on supplemental brief requested by 4th circuit | 0.80 | 340.00 |
| 08/31/23 | K. Maher | Draft supplemental brief | 5.40 | 2,295.00 |
| 09/05/23 | K. Maher | Review and incorporate S. Cole edits | 0.20 | 85.00 |
| 09/06/23 | A. Flottman | Review and revise appellate brief to provide suggestions from fresh perspective. | 0.70 | 227.50 |
| 09/06/23 | K. Maher | Last round of edits to supplemental brief and finalize for filing | 0.90 | 382.50 |

**Total Hours/Fees**    **8.00**    **$ 3,330.00**

### Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 09/06/23 | copies and binding of supplement brief | 19.78 |
| 09/13/23 | 9.6.23 Nwamaka Anowi, Clerk US Court of Appeals for the Fourth Circuit Richmond VA 23219 | 50.87 |

**Disbursements Total**    **$ 70.65**

**Total This Invoice**    **$ 3,400.65**

CLIENT: Larry Philpot

CLIENT ID: 125874
INVOICE DATE: February 19, 2024
INVOICE NO.: 2024169

Larry Philpot
8125 Halyard Way
Indianapolis, IN 46236

**larry@behindthemusic.net**

## INVOICE SUMMARY

For Legal Services Rendered Through: February 19, 2024

IJR - Appeal other

<u>Attorney:</u>   Maher, Kristine M.   <u>Invoice Date:</u>   02/19/24

| <u>Matter Name</u> | <u>Matter ID</u> | <u>Matter Amount</u> |
|---|---|---|
| IJR - Appeal other | 312535 | $ 9,798.35 |

**Total Due This Invoice:**   $ 9,798.35

**Previous Balance Outstanding:**   $ 3,168.50

## PAYMENT DUE UPON RECEIPT

PLEASE INCLUDE INVOICE NUMBER AND CLIENT ID WITH YOUR PAYMENT

Please Remit Payment To:

<u>Via US Mail:</u>

Bricker Graydon LLP
PO Box 632038
Cincinnati, OH 45263-2038

<u>Via Wire/ACH</u>

Fifth Third Bank
38 Fountain Square Plaza, Cincinnati, OH 45263
ABA Routing: 042000314
Account: 79002737
Remittance Email: paymentinfo@brickergraydon.com

If you have any questions regarding this invoice, please contact either AccountsReceivable@brickergraydon.com or the responsible attorney for this matter.

We greatly value your business. If you have any concerns, compliments, or feedback about the level of service and responsiveness you received, please contact Jim Flynn at 614-227-8855 or jflynn@brickergraydon.com.



Phone 614.227.2300
Fax 614.227.2390
www.brickergraydon.com

EMPLOYER ID NUMBER 31-4359739

CLIENT: Larry Philpot

CLIENT ID: 125874
INVOICE DATE: February 19, 2024
INVOICE NO.: 2024169
Page 1

Larry Philpot
8125 Halyard Way
Indianapolis, IN 46236

**larry@behindthemusic.net**

### PRIVATE AND CONFIDENTIAL

For Legal Services Rendered Through: February 19, 2024

Matter: IJR - Appeal other
Matter ID: 312535
IJR - Appeal other

### Fees

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 09/05/23 | K. Maher | Coordinate with support staff re filing details, binding requirements and delivery deadline for hard copies | 0.50 | 212.50 |
| 10/18/23 | K. Maher | Oral argument prep work | 0.40 | 170.00 |
| 10/19/23 | K. Maher | Oral argument prep session with S. Cole | 2.50 | 1,062.50 |
| 10/24/23 | K. Maher | Attend oral argument and confer with client and co-counsel re same afterwards | 2.70 | 1,147.50 |
| 01/22/24 | J. Beglane | ██████████████ | █ | ██ |
| 01/22/24 | K. Maher | ██████████████ | █ | ██ |
| 01/23/24 | J. Beglane | ██████████████ | █ | ██ |
| 01/23/24 | K. Maher | Prepare statement for Fourth Circuit re no objections to content based on sealed materials | 0.20 | 90.00 |
| 01/23/24 | K. Maher | Call with client re ██████████████ | 1.00 | 450.00 |
| 01/23/24 | K. Maher | ██████████████ | 0.10 | 45.00 |
| 01/24/24 | J. Beglane | ██████████████ | 1.20 | 378.00 |
| 01/24/24 | K. Maher | ██████████████ | 0.30 | 135.00 |
| 01/25/24 | J. Beglane | ██████████████ | 0.40 | 126.00 |

CLIENT: Larry Philpot

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/25/24 | K. Maher | Emails with opposing counsel re filing objections on sealed materials; review IJR's filing and send update to client re same | 0.30 | 135.00 |
| 01/26/24 | J. Beglane | ███████ | ██ | ██ |

**Total Hours/Fees** ██  $ ██

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 10/25/23 | ██████████ | ██ |

**Bricker**
**Graydon**
Phone 614.227.2300
Fax 614.227.2390
www.brickergraydon.com

EMPLOYER ID NUMBER 31-4359739

CLIENT:  Larry Philpot

**Total This Invoice**         **$ 9,798.35**