FILED: May 28, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2021
(1:20-cv-00590-AJT-TCB)
_____

LARRY G. PHILPOT

      Plaintiff - Appellant

v.

INDEPENDENT JOURNAL REVIEW

      Defendant - Appellee

_____

O R D E R
_____

Upon consideration of submissions relative to appellant's motion for attorneys' fees, the court denies the motion.

Entered at the direction of Judge Wynn with the concurrence of Judge King and Judge Rushing.

      For the Court

      <u>/s/ Nwamaka Anowi, Clerk</u>